**FAEGRE DRINKER BIDDLE & REATH LLP**
JOSHUA E. ANDERSON (SBN 211320)
josh.anderson@faegredrinker.com
KAYLEE A. RACS (SBN 353919)
kaylee.racs@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:   +1 310 203 4000
Facsimile:   +1 310 229 1285

Attorneys for Defendant
JUVIA'S PLACE, LLC

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKELLE SUAREZ, LETICIA NYBERG, and KERRIANN SALMON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUVIA'S PLACE, LLC,<br><br>Defendant. | Case No. 2:24-CV-01179<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DEFAULT AND REGARDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:       April 23, 2024 |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
VACATING DEFAULT AND REGARDING TIME TO
RESPOND TO COMPLAINT

CASE NO. 2:24-CV-01179

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Local Rules 143–144, by and between Plaintiffs Nikelle Suarez, Leticia Nyberg, and Kerriann Salmon ("Plaintiffs") and Defendant Juvia's Place, LLC ("Defendant") (collectively the "Parties"), as follows:

WHEREAS, Plaintiffs filed the instant Complaint on April 23, 2024 (Dkt. No. 1);

WHEREAS, Plaintiffs filed a purported Proof of Service on April 30, 2024 (Dkt. No. 5);

WHEREAS, on June 12, 2024, Plaintiffs requested entry of default as to Defendant (Dkt. No. 6);

WHEREAS, on June 13, 2024, the clerk of the Court entered default as to Defendant ("Default") (Dkt. No. 7);

WHEREAS, Defendant asserts that it was not properly served with the Complaint;

WHEREAS, the Parties have met and conferred and, as a result of that meet and confer, (a) Defendant has executed a Waiver of Service of Summons ("Waiver") as of November 8, 2024, which has been concurrently filed with the Court, and (b) Plaintiffs have agreed that the Default should be vacated;

WHEREAS, based on the Waiver, Defendant must file its answer or Rule 12 motion on or before January 7, 2025;

WHEREAS, this Stipulation is made in good faith and not for the purposes of delay, but for judicial and party efficiency;

WHEREAS, this Stipulation will not alter the date of any event or any deadline already fixed by Court order; and

**THEREFORE, IT IS HEREBY STIPULATED**, pending the approval of this Court, that the Default entered in this matter is **VACATED** and Defendant shall respond to the Complaint on or before January 7, 2025.

Dated:  November 12, 2024                    **FAEGRE DRINKER BIDDLE & REATH LLP**

                                             By:   */s/ Kaylee A. Racs*
                                                   Joshua E. Anderson
                                                   Kaylee A. Racs
                                                   Attorneys for Defendant
                                                   JUVIA'S PLACE, LLC

Dated: November 12, 2024              **TREEHOUSE LAW, LLP**

                                       By:   */s/ Benjamin Heikali*
                                             Benjamin Heikali
                                             Ruhandy Glezakos
                                             Joshua Nassir
                                             Nicole Babaknia

                                             Attorneys for Plaintiffs

**<u>ATTESTATION</u>**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2024        */s/ Kaylee A. Racs*
                                Kaylee A. Racs

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED THAT:**

Pursuant to the Parties' Stipulation, the clerk's entry of default against Defendant Juvia's Place LLC in this matter is **VACATED** and Defendant shall respond to the Complaint on or before January 7, 2025.

**IT IS SO ORDERED.**

Dated: November 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, suar.1179.24